IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>SHANDA DANIELS,<br><br>Defendants. | 4:21CR3108<br><br>**ORDER** |

IT IS ORDERED:

1) The government's motion, (Filing No. 21), is granted, and the warrant to arrest Shanda Daniels is withdrawn.

2) My courtroom deputy will set a remote initial appearance and detention hearing for Defendant Daniels while she remains confined within the jail facility at Norton, Kansas.

Dated this 23rd day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge